JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD THOMAS POULSON, et al., | Case No. ED CV 14-1534 FMO (JPRx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NAAS TRUSTEE FOR CERTIFICATE HOLDERS OF BEAR STERNS ASSET BACKED SECURITIES 1 LLC, ASSET-BACKED CERTIFICATES SERIES 2007-HE3, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 23 day of February, 2015.

/s/
Fernando M. Olguin
United States District Judge